THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED

ANDERSON and Another, Appellants.— The court does not approve the ruling of the trial court that permitted the witness Barry to give the testimony as to the time when the indictment was found and the progress of the proceedings thereunder, but it is of opinion that the error is not ground for a reversal in this case, considering the trend of the legitimate evidence against the defendant. Judgment of conviction of the County Court of Queens county affirmed. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.